```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
BEAUREGARDE HOLDINGS LLP, et al.,        :
                                         :
                      Plaintiffs,        :     25cv2280(DLC)
           -v-                           :
                                         :        ORDER
THE PROVINCE OF LA RIOJA,                :
                                         :
                      Defendant.         :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

    Having received the defendant's letter of May 22, 2025, it is hereby

    ORDERED that the plaintiffs shall serve any motion for summary judgment by **June 20, 2025**. Defendant's opposition shall be served by **July 11**. Plaintiff's reply shall be served by **July 25**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
           May 23, 2025

                                        _____
                                            DENISE COTE
                              United States District Judge