**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7220**

WRITER'S EMAIL ADDRESS
**debraogorman@quinnemanuel.com**

June 11, 2026

*Granted:*

*Denise Cote*
*6/12/26*

**By ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:**    *Beauregarde Holdings LLP et al. v. Province of La Rioja*, No. 1:24-cv-02955-DLC and
1:25-CV-02280-DLC — Letter Motion to Seal

Dear Judge Cote:

We represent Plaintiffs Beauregarde Holdings LLP and Beauregarde Holdings II LLP
("**Plaintiffs**") in the above-referenced actions and write pursuant to Rule 8.B of the Court's
Individual Practices to request leave to file a reply to Plaintiffs May 26, 2026 letter motion (the
"**Reply Letter**") under seal.

On May 26, 2026, Plaintiffs filed a letter motion to seal their May 26, 2026 letter to Your Honor
regarding certain actions taken with respect to the bonds that are the subject of the judgments
entered in the above-referenced actions. Dkt. No. 41. On June 3, 2026, Your Honor granted that
motion to seal. Dkt. No. 43.

Pursuant to the Court's June 3, 2026, Order, Dkt. No. 44, Plaintiffs intend to file under seal the
Reply Letter in further support of their letter motion. The Reply Letter will contain sensitive
nonpublic commercial information, including confidential information regarding the internal
operations, compliance procedures, and custodial arrangements of Plaintiffs and their investment
adviser, public disclosure of which would compromise the commercial interests and operational
security of Plaintiffs and their investment adviser.

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI |
SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

For the reasons set forth in Plaintiffs' May 26, 2026 letter motion to seal, Plaintiffs respectfully request that Your Honor permit them to file the Reply Letter under seal with the Sealed Records Department of the Southern District of New York.

Counsel for the Province of La Rioja has been made aware of this request and takes no position.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Debra D. O'Gorman*
Debra D. O'Gorman

Cc: All Counsel of Record via ECF

2